**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIE DORSEY CANTRELL, | No. 09-55386 |
| Petitioner-Appellant, | D.C. No. 3:07-cv-00354-W-POR |
| v. | |
| L. S. MCEWEN, Acting Warden; et al., | ORDER |
| Respondents-Appellees. | |

Before: SCHROEDER and GOULD, Circuit Judges, and SEEBORG, District Judge.[*]

The panel, as constituted above, has unanimously voted to deny the Petition for Rehearing. Judges Schroeder and Gould voted to deny the Petition for Rehearing En Banc, and Judge Seeborg has so recommended.

The Petition for Rehearing En Banc has been circulated to the full court, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

---

[*] The Honorable Richard Seeborg, United States District Judge for the Northern District of California, sitting by designation.

Appellant's Petition for Rehearing and Petition for Rehearing En Banc are

DENIED.